IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JACK WERNER,

   Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, ET AL.,

   Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4331

Opinion filed October 11, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Jack Werner, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Respondents.

PER CURIAM.

  DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2002).

ROBERTS, C.J., WETHERELL and ROWE, JJ., CONCUR.